UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00007 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARCEL DEANGELO LEWIS | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is defendant Marcel Dangelo Lewis' ("Lewis") *pro se* Motion for a Copy of the Presentence Report (Record Document 24). For the foregoing reasons, Lewis' motion is **DENIED**.

"A criminal defendant does not have the right to 'hybrid representation.'" United States v. Ogbonna, 184 F.3d 447, 449 & n. 1 (5th Cir.1999); United States v. Lopez, 313 F.App'x 730, 731 (5th Cir. 2009). Lewis is represented by counsel at the time he filed this motion. Thus, Lewis' *pro se* Motion for a Copy of the Presentence Report is an unauthorized motion that can be disregarded by this Court. See Lopez, 313 F.App'x at 731. The motion is **DENIED** on this basis alone.

Accordingly,

**IT IS ORDERED** that Petitioner Marcel Deangelo Lewis' Motion for Copy of Presentence Investigation (Record Document 24) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 9th day of September, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT